**IN THE UNITED STATES DISTRICT COURT**
**OF PUERTO RICO**

| | |
|---|---|
| JUAN JOSÉ LANTIGUA-NÚÑEZ **PLAINTIFF** v. UNITED STATES COAST GUARD (USCG), UNITED STATES OF AMERICA, U.S. ATTORNEY GENERAL, MIKAEL M. ALBERT, MATTHEW B. LANE, JOFFREY BAGWELL, PARDEEP CHACHA, JOHN DOE 1 THROUGH 5 **DEFENDANTS** | CIVIL ACTION NO.: 23-cv-01590-FAB TORTS & BIVENS ACTION JURY TRIAL |

**MOTION FOR REISUANCE OF SUMMONS**

COMES NOW, Plaintiff, Juan José Lantigua-Núñez, by and through his undersigned counsel, and for his Complaint against Defendants: The United States Coast Guard (USCG) hereby states and alleges as follows:

1. On February 14, 2024, summons was issued for defendants Mikael M. Allert, Joffrey Bagwell, Pardeep Chacha, Matthew B. Lane, United States Coast Guard (USCG) and U.S. Attorney General (docket #5).

2. Said, summons contain various addresses but where to be said to be served at Torre Chardon Suite 1201, 350 Carlos Chardon Street San Juan, P.R. 00918.

3. When the server arrived to serve said summons, on February 15, 2024, the server went to Torre Chardon to serve said summons but, they were not accepted due to them having another address.

4. The server was told to amend the address so they can proceed to receive them.

5. Therefore, we adjoin to present motion the amended summons with the correct address for their reissuance.

**PRAYER FOR RELIEF**

Wherefore, Plaintiff prays the Clerk reissues the summons for their serving.

Dated: February 20, 2023.

**RAFAEL GONZALEZ VELEZ PSC**
1806 MCLEARY SUITE 1-B
SAN JUAN, PR 00911-1321
TEL. (787) 982-6507
Email: rgvlo@yahoo.com

/S/Rafael González Vélez
Rafael González Vélez, Esq.

1

USDC No. 124311

**&**

**LAWYERS, PSC**
P.O. BOX 3825
MAYAGÜEZ, P.R. 00681
TEL. (787) 299-5935
Email: castellanos@lawyerspsc.com

*/S/Josué Emanuel Castellanos Otero*
Josue E. Castellanos Otero, Esq.
USDC No. 301706